UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:10-CR-43-2 |
| | : |
| ERIC PAUL EMMANUEL, | : |
|     Defendant | : |

*O R D E R*

AND NOW, this 31st day of March, 2017, upon consideration of Petitioner Eric Paul Emmanuel's motion for return of property, (Doc. 200), and in accord with the accompanying memorandum, it is ORDERED that the motion is DENIED.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge